IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIJAH WILLIAM WALLACE, (SPN #00660014) Plaintiff, | § § § § | |
| vs. | § § | CIVIL ACTION H-18-2743 |
| TEXAS BOARD OF PARDONS AND PAROLES, Defendant. | § § § § § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on DEC 0 4 2018.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE